**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALISA FREEMAN,

    Plaintiff,

v.

                                      2:26-cv-01373-MIS-DLM

YANCY DARBY, individually and in his
official capacity; ADRIAN GARCIA,
individually and in his official capacity;
LANCE LEDFORD, individually and in his
official capacity; and the VILLAGE OF RUIDOSO,

    Defendants.

## ORDER OF REMAND

THIS MATTER is before the Court on Plaintiff Alisa Freeman's Unopposed Motion to Remand ("Motion"), filed May 29, 2026.  ECF No. 14.  Therein, Plaintiff requested the Court remand the instant case to the Twelfth Judicial District Court for Lincoln County because Plaintiff contemporaneously filed an Amended Complaint, ECF No. 11, in which Plaintiff removed all federal causes of action. Mot. at 1. Therefore, Plaintiff states, "no federal question remains," and this Court lacks subject matter jurisdiction. Id. Further, Plaintiff notes that she has conferred with Defendants' counsel regarding the instant Motion and Defendants are not opposed. Id.

Accordingly, it is **HEREBY ORDERED** that:

1.     Plaintiff's Unopposed Motion to Remand, ECF No. 14, is **GRANTED**;

2.     This case is **REMANDED** to the Twelfth Judicial District Court for Lincoln County and Otero County, New Mexico; and

3.     The Clerk shall take all necessary steps to effectuate this remand and **CLOSE** this case.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE